UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E. MONTEJO, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-1796 KJM DB P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 20, 2018, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 20, 2018, are adopted in full;

2. Plaintiff's claim 2, for a data breach, and claim 3, for loss of property, are dismissed from this action;

3. Defendants Matolon, Stumpf, Wells Fargo Bank and Lewis are dismissed from this action; and

4. This case is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: February 21, 2019.

_____
UNITED STATES DISTRICT JUDGE