1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JIMMIE STEPHEN,                          No.  2:18-cv-1796 KJM DB P

12                  Plaintiff,

13          v.                                ORDER

14   E. MONTEJO, et al.,

15                  Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under

18   42 U.S.C. § 1983.  Plaintiff alleges defendants were deliberately indifferent to his serious medical

19   needs.  On screening plaintiff's second amended complaint, this court found plaintiff stated a

20   potentially cognizable Eighth Amendment claim against defendant Montejo and recommended

21   the remaining defendants be dismissed from this action.  (ECF No. 17.)  After plaintiff submitted

22   service documents for defendant Montejo, on March 26, 2019 this court ordered the U.S. Marshal

23   to serve the second amended complaint on Montejo.  (ECF No. 22.)

24          On April 8, 2019, plaintiff filed a motion for summary judgment.  (ECF No. 28.)  Plaintiff

25   is advised that his motion is premature because defendant Montejo has not yet appeared in this

26   action.  If appropriate, later in these proceedings, the court will issue an order informing the

27   parties about the time for filing dispositive motions, including motions for summary judgment.

28   ////

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for summary judgment (ECF No. 28) is dismissed without prejudice to its renewal at the appropriate, later time.

DATED: April 11, 2019

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/step1796.msj dsm