UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN, | No. 2:18-cv-1796 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| E. MONTEJO, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 26, 2019, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed a document stating that he has no objections to the findings and recommendations. (ECF No. 19.)

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 26, 2019 (ECF No. 17) are adopted in full;

2. Plaintiff's claims against defendants Rading, Sanders, Austin, Fox; and Lozano are dismissed from this action without leave to amend; and

3. This case is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: April 22, 2019.

_____
UNITED STATES DISTRICT JUDGE