# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

JIMMIE STEPHEN,            No. 2:18-cv-01796-KJM-DB P

    Plaintiff,

  v.

E. MONTEJO,

    **ORDER & WRIT OF HABEAS CORPUS**
    Defendant.         **AD TESTIFICANDUM**

_____/

Jimmie Stephen, CDCR # C-56483, a necessary and material witness in a settlement conference in this case on September 12, 2019, is confined in the California Medical Facility (CMF), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney, by video conference from his place of confinement, to the U. S. District Court, Courtroom #24, 501 I Street, Sacramento, California 95814, on Thursday, September 12, 2019 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. Counsel for defendant, the assigned Deputy Attorney General, shall confirm with the prison no less than two days prior to the settlement conference that the prison's video-conference equipment will connect to the court's system. Any difficulties shall immediately be reported to Judy Streeter, Courtroom Deputy, at (916) 930-4004.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CMF, 1600 California Dr., Vacaville, California 95696:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above, by video conference, until completion of the settlement conference or as ordered by the court.

////
////
////
////
////

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: June 27, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/step1796.841