UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN, | No. 2:18-cv-1796 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| E. MONTEJO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has attempted to raise numerous claims in this case, including claims for a data breach, claims regarding prison conditions, claims against Wells Fargo Bank for loss of his funds, and claims regarding the treatment of his chronic kidney disease. Currently, this case is proceeding on plaintiff's second amended complaint filed January 28, 2019. (ECF No. 16.) On screening, this court found plaintiff failed to state claims against any defendant except a claim of deliberate indifference to his serious medical needs against defendant Montejo. (ECF No. 17.) This court's recommendation that all remaining claims be dismissed was adopted by the district judge on April 23, 2019. (ECF No. 30.) Plaintiff then submitted documents for service of the second amended complaint on defendant Montejo. On May 3, Montejo's waiver of service was filed with the court.

////

On May 20, this court stayed these proceedings for 120 days and referred this case to the court's Post-screening ADR Project. (ECF No. 32.) A settlement conference has been scheduled before Magistrate Judge Delaney on September 12, 2019. (ECF No. 37.)

On July 8, plaintiff filed a motion to amend the second amended complaint and a proposed third amended complaint. (ECF Nos. 40, 41.) Because this case is currently stayed for purposes of pursuing settlement, this court will deny plaintiff's motion without prejudice to its renewal at a later date if the parties do not reach settlement. If plaintiff does make a motion to amend at the appropriate time, plaintiff is warned that he should not attempt to re-state claims that the court previously found he may not bring in this § 1983 action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend the second amended complaint (ECF No. 40) is denied without prejudice; and
2. Plaintiff's July 8, 2019 filing entitled "Third Amended Prisoner Civil Rights Complaint" (ECF No. 41) shall be disregarded.

Dated: July 11, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/step1796.mta sac