UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E. MONTEJO,<br><br>　　　　　Defendant. | No. 2:18-cv-1796 KJM DB P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. Plaintiff alleges defendant was deliberately indifferent to his serious medical needs in violation of the Eighth Amendment. On May 20, 2019, this court stayed these proceedings for 120 days and referred this case to the court's Post-screening ADR Project. (ECF No. 32.)

　　　　On September 12, Magistrate Judge Delaney held a settlement conference and determined that a further settlement conference should be held. That follow-up conference will be scheduled when further medical information is available. (See ECF No. 46.)

////

////

////

////

Accordingly, and good cause appearing, IT IS HEREBY ORDERED that the stay entered on May 20 shall continue through the date of the follow-up settlement conference.

Dated: September 22, 2019

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/step1796.stay eot