UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN,<br><br>        Plaintiff,<br><br>    v.<br><br>E. MONTEJO,<br><br>        Defendant. | No. 2:18-cv-1796 KJM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with an action under 42 U.S.C. § 1983. Plaintiff alleges deliberate indifference to his serious medical needs in violation of the Eighth Amendment. On February 5, 2020, plaintiff filed a motion to amend his complaint and, on February 12, filed a third amended complaint. In a separate filing, plaintiff again seeks an injunction requiring immediate treatment for prostate cancer. Plaintiff has also filed a motion to stay the court's order and findings and recommendations filed February 3, 2020 pending the outcome of his motion to amend.

Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to stay the February 3 order (ECF No. 64) is granted. The deadlines set out in that order for filing an answer and for filing objections are lifted.

////

////

1

2. Within twenty days of the date of this order, defendant shall file responses to plaintiff's motion to amend (ECF Nos. 60, 61) and to plaintiff's motion for an emergency injunction (ECF No. 62).

3. Within fifteen days after they are served on him, plaintiff may file reply briefs to defendant's responses.

Dated: February 13, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/step1796.mta oppo