UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN,<br><br>        Plaintiff,<br><br>   v.<br><br>E. MONTEJO,<br><br>        Defendant. | No. 2:18-cv-1796 KJM DB P<br><br><br>ORDER |

On February 14, 2020, this court ordered defendant to submit responses to plaintiff's motions to amend the second amended complaint and for preliminary injunctive relief. In his opposition to the motion to amend, defendant refers to a request for judicial notice. The court is unable to locate that request on the docket.

Within fifteen days of the date of this order, defendant shall file the request for judicial notice and inform the court whether he served that request on plaintiff.

IT IS SO ORDERED.

DATED: March 27, 2020

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/step1796.mta oppo supp

1