UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN, | No. 2:18-cv-1796 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| MONTEJO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. Plaintiff alleges defendant Montejo was deliberately indifferent to his serious medical needs in violation of the Eighth Amendment. Two items are currently before the court – defendant's motion for an extension of time to file the answer and plaintiff's motion for a default judgment.

On April 2, 2020, this court granted plaintiff's motion to amend the second amended complaint and ordered defendant to file an answer or other responsive pleading within thirty days. (ECF No. 74.) On April 29, defendant filed a motion to revoke plaintiff's in forma pauperis status, objections to the April 2 order, and a motion for an extension of time to file the answer. (ECF Nos. 76, 77.) In his motion for an extension of time, defendant requests that he not be required to file an answer to the third amended complaint until the district judge has ruled on his

////

1

objections to this court's order granting plaintiff's motion to amend. Good cause appearing, that request will be granted.

Because defendant filed a timely motion for an extension of time to file an answer and is otherwise pursuing defenses in this case, he has not "failed to plead or otherwise defend." See Fed. R. Civ. P. 55(a). There is no basis for plaintiff's motion for the entry of a default judgment in his favor.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for an extension of time (ECF No. 76) is granted. Defendant's answer to the third amended complaint shall be filed within thirty days after the district judge rules on defendant's objections to this court's order granting plaintiff's motion to amend.

2. Plaintiff's motion for entry of default (ECF No. 83) is denied.

Dated: June 11, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/step1796.answ eot 2

2