UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. MONTEJO,<br><br>　　　　Defendant. | No. 2:18-cv-1796 KJM DB P<br><br><br>ORDER |

　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　On April 2, 2020, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days.  Defendant has filed objections to the findings and recommendations.

　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis. Moreover, having reviewed the findings and recommendations the magistrate judge filed on June 12, 2020, the court is prepared to approve defendant's motion to revoke plaintiff's in forma

1

pauperis ("IFP") status. F&Rs, ECF No. 86, at 10 (recommending defendant's motion to revoke plaintiff's IFP status be granted and plaintiff ordered to pay the filing fee if he wishes to proceed because plaintiff has "unquestionably incurred far more than three strikes"); *see* Request for Judicial Not., ECF No. 78, at 2–3 (citing plaintiff's extensive litigation history).

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 2, 2020, are adopted in full;

2. The claims against defendants Shute and Dhillon are dismissed from the third amended complaint without leave to amend;

3. Plaintiff's motion for preliminary injunctive relief (ECF No. 62) is denied;

4. Defendant's motion to revoke plaintiff's IFP status (ECF No. 77) is granted; and

5. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: September 30, 2020.

CHIEF UNITED STATES DISTRICT JUDGE

2