UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE EARL STEPHENS, | No. 2:18-cv-1796 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| E. MONTEJO, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding with a civil rights action under 42 U.S.C. § 1983. Plaintiff alleges defendant was deliberately indifferent to his serious medical needs in violation of the Eighth Amendment.  Plaintiff has filed a "Request for Clarification."  Plaintiff appears to be seeking rulings on his motions to compel, for sanctions, and to amend his third amended complaint.  After plaintiff filed his request, this court issued an Order and Findings and Recommendations which addresses those issues.  Accordingly, no further clarification should be necessary and plaintiff's request will be denied as moot.

Plaintiff also requests a "mandatory" settlement conference.  While this court finds no basis to require the parties to participate in a settlement conference at this time, defendant will be ordered to inform plaintiff and this court whether a settlement conference is warranted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for clarification (ECF No. 127) is denied as moot; and

1

2. Within twenty days of the filed date of this order, defendant shall file a statement regarding the usefulness of a settlement conference at this time.

Dated: July 6, 2022

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/step1796.mtn for clarif