1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MISHA D. IGRA, State Bar No. 208711
   Supervising Deputy Attorney General
3  JAIME M. GANSON, State Bar No. 230206
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 210-7351
6   Fax:  (916) 324-5205
    E-mail:  Jaime.Ganson@doj.ca.gov
7  *Attorneys for Defendant Montejo*

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10                     SACRAMENTO DIVISION

11

12

13 **JIMMIE STEPHEN,**                    2:18-cv-01796-KJM-DB (PC)

14                           Plaintiff,  **NOTICE OF SUBSTITUTION OF COUNSEL**

15      v.

16 **E. MONTEJO, et al.,**                Judge:        The Honorable Deborah Barnes
                                          Trial Date:   TBA
17                          Defendant.    Action Filed: June 22, 2018

18

19      PLEASE TAKE NOTICE that effective September 8, 2022, subject to approval by the

20 Court, Defendant Montejo substitutes Peter Hirsig, State Bar No. 197993, as counsel of record in

21 place of Jaime M. Ganson. Contact information for new counsel is:

22    Peter Hirsig
      McNamara Ambacher Wheeler, Hirsig & Gray
23    639 Kentucky St.
      Fairfield, CA 94533-5530
24    Phone: 707-427-3998
      Fax: 707-427-0268
25    Peter.Hirsig@mcnamaralaw.com

26 / / /

27 / / /

28 / / /

1

1 | I consent to the above substitution.

2 | Dated: September 8, 2022  /s/ Dr. E. Montejo

3 | Dr. Montejo, Defendant [1]

5 | I consent to being substituted.

6 | Dated: September 8, 2022  /s/ Jaime M. Ganson

7 | Jaime Ganson, Current Counsel for Defendant

9 | I consent to the above substitution.

10 | Dated: September 8, 2022  /s/ Peter Hirsig

12 | IT IS SO ORDERED.

14 | Dated: September 9, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

25 | DLB:9
DB prisoner inbox/civil rights/R/step1796.sub csl

---

[1] Defendant Montejo has authorized the submission of this document, bearing his electronic signature, and the original signature is maintained on file, in accordance with Local Rule 131(f).