1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11   JIMMIE EARL STEPHEN, | No.  2:18-cv-1796 KJM DB P |
| 12                   Plaintiff, | |
| 13        v. | ORDER |
| 14   E. MONTEJO, | |
| 15                   Defendant. | |

16

17         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

19   by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On June 29, 2022, the magistrate judge filed findings and recommendations, which were

21   served on all parties and which contained notice to all parties that any objections to the findings

22   and recommendations were to be filed within thirty days.  Plaintiff has filed objections to the

23   findings and recommendations, ECF No. 130, and defendant has responded, ECF No. 132.

24         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the

26   findings and recommendations to be supported by the record and by the proper analysis.  The

27   findings and recommendations rely on *Williams v. Paramo* in determining this court must assess

28   the validity of Stephen's "imminent danger" claim based on conditions at the time the complaint

1

1   was filed.  775 F.3d 1182, 1189 (9th Cir. 2015) (holding courts of appeal must examine if a

2   prisoner "allege[d] the continued existence of imminent danger" at the time of filing an appeal to

3   qualify for the PLRA three strikes exception).  The Ninth Circuit opinion establishing this

4   timeline for district courts is *Andrews v. Cervantes,* 493 F.3d 1047, 1053 (9th Cir. 2007).

5            Accordingly, IT IS HEREBY ORDERED that:

6            1.  The findings and recommendations filed June 29, 2022, are adopted in full, with the

7   one correction noted above;

8            2.  Plaintiff's motion to amend the third amended complaint (ECF No. 114) is denied;

9            3.  To the extent plaintiff moves for an injunction against non-defendant Dr. Aung Nay,

10  that motion (ECF No. 124) is denied; and

11           4.  This case is referred back to the assigned magistrate judge for all further pretrial

12  proceedings.

13  DATED:  November 14, 2022.

14

15                                          _____

16                                          CHIEF UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

                                                     2