1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JIMMIE EARL STEPHENS,                    No.  2:18-cv-1796 KJM DB P

12              Plaintiff,

13         v.                                   ORDER

14    E. MONTEJO,

15              Defendant.

16

17         Plaintiff is a state prisoner proceeding with a civil rights action under 42 U.S.C. § 1983.

18  In an order filed October 28, 2022, this court granted defendant's motion to vacate the dispositive

19  motion deadline pending resolution of a motion to amend and discovery-related motions.  Those

20  motions have been resolved and discovery is closed.  Accordingly, this court sets a deadline of

21  May 28, 2023 for filing any motions for summary judgment.

22         IT IS SO ORDERED.

23  Dated:  February 28, 2023

24

25                                              _____

26                                              DEBORAH BARNES
    DLB:9/DB Prisoner Inbox/Civil Rights/R/step1796.msj deadline     UNITED STATES MAGISTRATE JUDGE
27

28

                                              1