UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE EARL STEPHENS,<br><br>    Plaintiff,<br><br>    v.<br><br>E. MONTEJO,<br><br>    Defendant. | No. 2:18-cv-1796 KJM DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. Plaintiff alleges defendant was deliberately indifferent to his serious medical needs in the treatment of his prostate cancer. For the last year, the parties have engaged in litigation over discovery. During that time, this court has extended the deadline for filing dispositive motions from the initial date of July 22, 2022. (ECF Nos. 104, 128, and 145.) On February 28, 2023, after discovery issues had concluded, this court set a deadline of May 28, 2023 for dispositive motions. (ECF No. 155.) Defendant now seeks an extension of that deadline. (ECF No. 156.) Defendant also requests clarification of the deadline to file an opposition to plaintiff's January 2022 motion for summary judgment.

Defendant's counsel gives two reasons for requesting an extension. First, he states that he anticipates being in trial starting June 13, 2023, and is engaged in time-consuming trial preparation and expert discovery. Second, he states that he recently broke his finger which has

1

slowed his ability to get work done.  Counsel estimates he will need to spend 65-70 hours preparing a summary judgment motion and an opposition to plaintiff's summary judgment motion.

While defendant's counsel explains his workload going forward, he does not explain why he has not accomplished at least some significant portion of that work to date.  On January 23, 2023, this court resolved all pending motions.  (ECF No. 154.)  The only outstanding issues were plaintiff's provision of a verification of previously-submitted discovery responses and responses to a few outstanding requests.  Defendant's counsel does not indicate that any delay in providing those responses hindered his ability to begin preparing a summary judgment motion.

After the January 23 resolution of pending motions, there was no apparent reason defendant's counsel could not have begun to prepare a summary judgment motion.  By the May 28 deadline, defendant will have had over four months to do so.

Defendant still has well over a month to prepare a summary judgment motion and an opposition to plaintiff's motion.  Defendant fails to establish good cause for an extension of the May 28 deadline.

Accordingly, IT IS HEREBY ORDERED that

1. Defendant's motion (ECF No. 156) to extend the dispositive motion deadline is denied.

2. On or before May 28, 2023, defendant shall file any motion for summary judgment and any opposition to plaintiff's January 2022 motion for summary judgment.

3. Further briefing on both motions for summary judgment shall proceed in accordance with the timelines set out in Local Rule 230(l).

DATED:  April 19, 2023

/s/  DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB Prisoner Inbox/Civil Rights/R/step1796.dso eot