UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE EARL STEPHEN,<br><br>               Plaintiff,<br><br>       v.<br><br>E. MONTEJO,<br><br>               Defendant. | No.  2:18-cv-1796 KJM DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. Plaintiff has filed a request for copies of the docket in three cases he has in this court, including the present case. He states only that mail theft is "rampant" and that he is indigent. The Clerk of the Court responded to plaintiff's request by providing him with the procedures for obtaining a copy of the docket. Plaintiff's case has been pending for five years and there is no indication he has not received copies of documents filed in this case. This court finds no reason to except plaintiff from the procedures for obtaining copies, which apply to all parties appearing before the court including those proceeding in forma pauperis.

////

////

////

////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's request for a copy of the docket
2    (ECF No. 164) is denied.
3    Dated: October 30, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/step1796.dkt req

2