UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE EARL STEPHENS,

Plaintiff,

v.

E. MONTEJO,

Defendant.

No. 2:18-cv-01796 KJM DB P

ORDER

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 18, 2024, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 18, 2024 (ECF No. 167) are adopted in full;

2. Plaintiff's motion for summary judgment (ECF No. 105) is denied;

3. Defendant's motion for summary judgment (ECF No. 159) is granted;

4. Plaintiff's January 30, 2024 motion to amend (ECF No. 170) is denied as moot;

5. Defendants' March 15, 2024 request for final order (ECF No. 174) is mooted by this order; and

6. The Clerk of the Court shall enter judgment in favor of defendant and close this case.

DATED: March 27, 2024.

CHIEF UNITED STATES DISTRICT JUDGE