UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jimmie Earl Stephens,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>E. Montejo,<br><br>　　　　　　　Defendant. | No. 2:18-cv-01796-KJM-DB<br><br>ORDER |

The court is in receipt of plaintiff's motion to proceed in forma pauperis. Mot., ECF No. 178. Having considered plaintiff's request, the court finds no reason to reconsider its previous decision revoking plaintiff's motion to proceed in forma pauperis. *See* Prior Order (Nov. 30, 2020), ECF No. 93. Accordingly, plaintiff's motion is denied without prejudice to plaintiff's renewing his request before the circuit court.

This order resolves ECF No. 178.

IT IS SO ORDERED.

DATED: May 30, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1