UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jimmie Earl Stephens, | No. 2:18-cv-01796-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| E. Montejo, | |
| Defendant. | |

Plaintiff Jimmie Stephens is serving a sentence in the custody of the California Department of Corrections and Rehabilitation (CDCR).  In a previous order, this court adopted the Magistrate Judge's recommendation to revoke plaintiff's in forma pauperis status.  *See* Findings & Recommendations, ECF No. 86, *adopted*, ECF No. 93.  Plaintiff paid the filing fee on November 23, 2021.  After further litigation, the court adopted the Magistrate Judge's recommendation to grant defendants' motion for summary judgment and to deny plaintiff's motion for summary judgment and entered judgment for the defense.  *See* Findings & Recommendations, ECF No. 167, *adopted*, ECF No. 176; *see also* Judgment, ECF No. 177. Plaintiff is pursuing an appeal in forma pauperis.  *See* Notice, ECF No. 179.

On September 29, 2025, plaintiff filed a document in this court, which states as follows:

> Request Removal of "NON-PAYMENT" of this case, as paid this case in "FULL", $400 Dollars and change ..

1

1 As still on my "TRUST STATEMENT" ..
ECF No. 182. The court construes this filing as a request for an order directing CDCR not to deduct any further funds from plaintiff's inmate trust account and **denies** his request. Plaintiff is obligated to continue making payments toward the filing fee for his pending appeal.

IT IS SO ORDERED.

DATED: October 15, 2025.

UNITED STATES DISTRICT JUDGE